B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rodgers, Frank C.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Rodgers, Sandra Jo** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-9422** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-5614** |
| Street Address of Debtor (No. and Street, City, and State):<br>**39W612 Caribou Trail**<br>**Saint Charles, IL**       ZIP Code **60175** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**39W612 Caribou Trail**<br>**Saint Charles, IL**      ZIP Code **60175** |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business:<br>**Kane** |
| Mailing Address of Debtor (if different from street address):     ZIP Code | Mailing Address of Joint Debtor (if different from street address):     ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7     ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ☐ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**                            THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Rodgers, Frank C.**<br>**Rodgers, Sandra Jo** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Richard G. Larsen                    April 27, 2011**<br>Signature of Attorney for Debtor(s)            (Date)<br>**Richard G. Larsen** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Rodgers, Frank C.**<br>**Rodgers, Sandra Jo** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Frank C. Rodgers**
Signature of Debtor  **Frank C. Rodgers**

**X  /s/ Sandra Jo Rodgers**
Signature of Joint Debtor  **Sandra Jo Rodgers**

Telephone Number (If not represented by attorney)

**April 27, 2011**
Date

### Signature of Attorney*

**X  /s/ Richard G. Larsen**
Signature of Attorney for Debtor(s)

**Richard G. Larsen**
Printed Name of Attorney for Debtor(s)

**Myler, Ruddy & McTavish**
Firm Name

**105 E. Galena Blvd.**
**8th Floor**
**Aurora, IL 60505**

Address

**amctavish@mrmlaw.com  cmyler@mrmlaw.com**
**630-897-8475  Fax: 630-897-8076**
Telephone Number

**April 27, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Frank C. Rodgers**
**Sandra Jo Rodgers**
Debtor(s)

Case No.
Chapter **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Frank C. Rodgers**
**Frank C. Rodgers**

Date: **April 27, 2011**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Frank C. Rodgers**
     **Sandra Jo Rodgers**
                                  Debtor(s)

Case No.
Chapter **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Sandra Jo Rodgers**
                              **Sandra Jo Rodgers**

Date:  **April 27, 2011**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Frank C. Rodgers**
  **Sandra Jo Rodgers**
  Debtor(s)

Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Allicino Partners, LLC<br>525 Tyler Rd, Suite U<br>Saint Charles, IL 60174 | Allicino Partners, LLC<br>525 Tyler Rd, Suite U<br>Saint Charles, IL 60174 | Tax Accountant | | 1,865.00 |
| American Express<br>C/O NCO Financial Systems Inc<br>507 Prudential Road<br>Horsham, PA 19044 | American Express<br>C/O NCO Financial Systems Inc<br>507 Prudential Road<br>Horsham, PA 19044 | Credit card purchases | | 5,461.00 |
| Bank of America<br>C/O NCC Business Services Inc<br>9428 Baymeadows Rd., #200<br>Jacksonville, FL 32256 | Bank of America<br>C/O NCC Business Services Inc<br>9428 Baymeadows Rd., #200<br>Jacksonville, FL 32256 | Credit card purchases | | 13,950.00 |
| Chase Bank USA, N.A.<br>131 S. Dearborn St., Floor 5<br>Chicago, IL 60603 | Chase Bank USA, N.A.<br>131 S. Dearborn St., Floor 5<br>Chicago, IL 60603 | Credit card purchases | | 25,564.00 |
| Citi Card<br>Customer Service<br>P.O. Box 6500<br>Sioux Falls, SD 57117 | Citi Card<br>Customer Service<br>P.O. Box 6500<br>Sioux Falls, SD 57117 | Credit card purchases | | 7,517.00 |
| Citibank (South Dakota) NA<br>C/O Alliance One Receivables Mgmnt<br>4850 Street Rd, Suite 300<br>Trevose, PA 19053 | Citibank (South Dakota) NA<br>C/O Alliance One Receivables Mgmnt<br>4850 Street Rd, Suite 300<br>Trevose, PA 19053 | Credit card purchases | | 4,087.00 |
| Commonwealth Edison Company<br>Claims & Collections Department<br>P.O. Box 805379<br>Chicago, IL 60680-5379 | Commonwealth Edison Company<br>Claims & Collections Department<br>P.O. Box 805379<br>Chicago, IL 60680-5379 | Electric Service at 404 W. Nebraska St, Elburn, IL | | 17,728.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Frank C. Rodgers**
        **Sandra Jo Rodgers**
                    Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **David J. Rickert, County Collector**<br>**Kane County Government Center**<br>**719 S. Batavia Ave., Bldg. A**<br>**Geneva, IL 60134** | **David J. Rickert, County Collector**<br>**Kane County Government Center**<br>**719 S. Batavia Ave., Bldg. A**<br>**Geneva, IL 60134** | | | **4,329.00**<br><br>**(0.00 secured)** |
| **Delnor Community Hospital**<br>**C/O State Collection Service Inc**<br>**2509 S. Stoughton Rd**<br>**Madison, WI 53716** | **Delnor Community Hospital**<br>**C/O State Collection Service Inc**<br>**2509 S. Stoughton Rd**<br>**Madison, WI 53716** | **Medical** | | **3,216.00** |
| **Hubbard's Ethan Allen**<br>**C/O Donat & Donat, P.C.**<br>**150 Houston St., Suite 103**<br>**Batavia, IL 60510-1953** | **Hubbard's Ethan Allen**<br>**C/O Donat & Donat, P.C.**<br>**150 Houston St., Suite 103**<br>**Batavia, IL 60510-1953** | | | **7,297.00** |
| **Janet L. Jones LTD, P.C.**<br>**Certified Public Accountant**<br>**311 N. 2nd St., Suite #206**<br>**Saint Charles, IL 60174** | **Janet L. Jones LTD, P.C.**<br>**Certified Public Accountant**<br>**311 N. 2nd St., Suite #206**<br>**Saint Charles, IL 60174** | **Accountant** | | **5,969.00** |
| **Jeanne Engel**<br>**581 Windham Lane**<br>**Naperville, IL 60563** | **Jeanne Engel**<br>**581 Windham Lane**<br>**Naperville, IL 60563** | **Personal Family Loan, Promissory Note** | | **107,000.00** |
| **Lampert Yards, Inc**<br>**C/O CT Corporation System**<br>**8040 Excelsior Dr, Suite 200**<br>**Madison, WI 53717** | **Lampert Yards, Inc**<br>**C/O CT Corporation System**<br>**8040 Excelsior Dr, Suite 200**<br>**Madison, WI 53717** | **Second Home**<br>**3545 Hwy 70 East**<br>**Eagle River, WI 54521** | | **3,338.00**<br>**(3,090,000.00 secured)**<br>**(3,103,717.00 senior lien)** |
| **Lamperts Yards, Inc.**<br>**P.O. Box 397**<br>**Eagle River, WI 54521** | **Lamperts Yards, Inc.**<br>**P.O. Box 397**<br>**Eagle River, WI 54521** | **Credit card purchases** | | **3,383.00** |
| **Max's Greener Places, Inc.**<br>**P.O. Box 485**<br>**Winfield, IL 60190** | **Max's Greener Places, Inc.**<br>**P.O. Box 485**<br>**Winfield, IL 60190** | | | **1,827.50** |
| **Mueller & Co., LLP**<br>**2230 Point Boulevard, Suite 700**<br>**Elgin, IL 60123** | **Mueller & Co., LLP**<br>**2230 Point Boulevard, Suite 700**<br>**Elgin, IL 60123** | **Tax Accountant** | | **2,083.00** |
| **STC Capital Bank**<br>**460 S. 1st Street**<br>**Saint Charles, IL 60174** | **STC Capital Bank**<br>**460 S. 1st Street**<br>**Saint Charles, IL 60174** | **Residence, Single Family Home**<br>**39W612 Caribou Trail**<br>**St. Charles, IL 60175** | | **250,000.00**<br>**(650,000.00 secured)**<br>**(546,956.00 senior lien)** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Frank C. Rodgers**
       **Sandra Jo Rodgers**
                Debtor(s)

Case No.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| STC Capital Bank<br>460 S. 1st Street<br>Saint Charles, IL 60174 | STC Capital Bank<br>460 S. 1st Street<br>Saint Charles, IL 60174 | Second Home<br>3545 Hwy 70 East<br>Eagle River, WI 54521 | | 1,825,000.00<br>(3,090,000.00 secured)<br>(1,278,717.00 senior lien) |
| The Lannert Group, Inc<br>215 Fulton Street<br>Geneva, IL 60134 | The Lannert Group, Inc<br>215 Fulton Street<br>Geneva, IL 60134 | Elburn Lakes | | 5,000.00 |
| Vilas County Treasurer<br>330 Court Street<br>Eagle River, WI 54521 | Vilas County Treasurer<br>330 Court Street<br>Eagle River, WI 54521 | Second Home<br>3545 Hwy 70 East<br>Eagle River, WI 54521 | | 108,329.00<br>(3,090,000.00 secured)<br>(3,107,055.00 senior lien) |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, **Frank C. Rodgers** and **Sandra Jo Rodgers**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date  **April 27, 2011**         Signature  **/s/ Frank C. Rodgers**
                                              **Frank C. Rodgers**
                                              Debtor

Date  **April 27, 2011**         Signature  **/s/ Sandra Jo Rodgers**
                                              **Sandra Jo Rodgers**
                                              Joint Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
Allicino Partners, LLC
525 Tyler Rd, Suite U
Saint Charles, IL 60174


American Express
C/O NCO Financial Systems Inc
507 Prudential Road
Horsham, PA 19044


American Express
P.O. Box 981540
El Paso, TX 79998-1540


American Express (US)
200 Versey St., 44th Floor
New York, NY 10285


Bank of America
C/O NCC Business Services Inc
9428 Baymeadows Rd., #200
Jacksonville, FL 32256


Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026


Chase Bank Mortgage/NY Mellon Trust
C/O Codilis & Associates
15W030 N, Frontage Rd, Suite 100
Burr Ridge, IL 60527


Chase Bank USA, N.A.
131 S. Dearborn St., Floor 5
Chicago, IL 60603


Citi
Customer Service
P.O. Box 6000
The Lakes, NV 89163-6000


Citi Card
Customer Service
P.O. Box 6500
Sioux Falls, SD 57117
```

```
Citibank (South Dakota) NA
C/O Alliance One Receivables Mgmnt
4850 Street Rd, Suite 300
Trevose, PA 19053


City of Eagle River
P.O. Box 1269
Eagle River, WI 54521


Commonwealth Edison Company
Claims & Collections Department
P.O. Box 805379
Chicago, IL 60680-5379


Crane Road Estates HOA
C/O Rowell Incorporated
2587 Millennium Dr, STE H
Elgin, IL 60124-5826


David J. Rickert
Kane County Treasurer
719 South Batavia Ave, Bldg A
Geneva, IL 60134


David J. Rickert, County Collector
Kane County Government Center
719 S. Batavia Ave., Bldg. A
Geneva, IL 60134


Delnor Community Hospital
C/O State Collection Service Inc
2509 S. Stoughton Rd
Madison, WI 53716


Delnor Community Hospital
P.O. Box 88055
Chicago, IL 60680


First Federal Savings & Loan
C/O Ronald O. Roeser
920 Davis Road, Suite 100
Elgin, IL 60123
```

```
Hubbard's Ethan Allen
C/O Donat & Donat, P.C.
150 Houston St., Suite 103
Batavia, IL 60510-1953


Hubbard's Ethan Allen
16 N. Batavia Ave
Batavia, IL 60510


Illinois Department of Revenue
ICS Payment & Correspondence Unit
P.O. Box 19043
Springfield, IL 62794-9043


Illinois Department of Revenue
Attn:  Lien Unit
P.O. Box 19035
Springfield, IL 62794-9035


Illinois Department of Revenue
C/O GC Services Ltd Partnership
6330 Gulfton
Houston, TX 77081


Internal Revenue Service
 Attn: M.A. English
2001 Butterfield Rd
Downers Grove, IL 60515


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346


Janet L. Jones LTD, P.C.
Certified Public Accountant
311 N. 2nd St., Suite #206
Saint Charles, IL 60174


Jeanne Engel
581 Windham Lane
Naperville, IL 60563
```

```
Joel R. Nathan
Assistant United State Attorney
219 S. Dearborn St., 5th Floor
Chicago, IL 60604


John C. Houlihan
Johnson & Houlihan, S.C.
P.O. Box 630
Minocqua, WI 54548


Lampert Yards, Inc
C/O CT Corporation System
8040 Excelsior Dr, Suite 200
Madison, WI 53717


Lampert Yards, Inc.
C/O CT Corporation System
8040 Excelsior Dr, Suite 200
Madison, WI 53717


Lamperts Yards, Inc.
P.O. Box 397
Eagle River, WI 54521


M & I Bank
C/O Bass & Moglowsky, S.C.
501 W. Northshore Dr, Suite 300
Milwaukee, WI 53217


M & I Bank
770 N. Water St
Milwaukee, WI 53202


M & I Bank
770 North Water Street
Milwaukee, WI 53202-3509


M & I Bank
770 N. Water Street
Milwaukee, WI 53202


Macy's
P.O. Box 689195
Des Moines, IA 50368
```

```
Max's Greener Places, Inc.
P.O. Box 485
Winfield, IL 60190


Mueller & Co., LLP
2230 Point Boulevard, Suite 700
Elgin, IL 60123


STC Capital Bank
C/O David J. Chroust, Ice Miller
2300 Cabot Drive, Suite 455
Lisle, IL 60532


STC Capital Bank
460 S. 1st Street
Saint Charles, IL 60174


STC Capital Bank
460 1st Street
Saint Charles, IL 60174


The Lannert Group, Inc
215 Fulton Street
Geneva, IL 60134


Vilas County Treasurer
330 Court Street
Eagle River, WI 54521
```