IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) No. 11-17851 |
| Frank C. Rodgers and Sandra Jo Rodgers, | ) Judge Susan Pierson Sonderby |
| | ) |
| Debtor(s). | ) Hearing Date: May 1, 2012 |
| | ) 10:00 a.m. |
| | ) Chicago, Illinois |

## NOTICE OF MOTION

To: **ALL CREDITORS, DEBTORS, AND U.S. TRUSTEE PER ATTACHED SERVICE LIST.**

**YOU ARE HEREBY NOTIFIED** that on, May 1, 2012 at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before Honorable Bankruptcy Judge Susan Pierson Sonderby in Courtroom 642 at the Everett McKinley Dirksen United State Courthouse, 219 South Dearborn St., Chicago, Illinois, 60604 and then and there present the Final Application of Myler, Ruddy & McTavish for Allowance of Compensation and Reimbursement of Expenses as Counsel for Frank C. Rodgers and Sandra Jo Rodgers, a copy of which is attached hereto, at which time you may appear if you so deem fit.

Dated this 17th day of April, 2012.

Frank C. Rodgers and Sandra Jo Rodgers

/s/ Richard G. Larsen
Richard G. Larsen
ARDC #6193054
MYLER, RUDDY & MCTAVISH
105 E. Galena Blvd., 8th Floor
Aurora, Illinois 60505
(630) 897-8475
(630) 897-8076 (fax)
Email: rglarsen@mrmlaw.com

### CERTIFICATE OF SERVICE

**RICHARD G. LARSEN**, an attorney, certifies that he served this Notice and a copy of the Final Application of Myler, Ruddy & McTavish for Allowance of Compensation and Reimbursement of Expenses as Counsel for Frank C. Rodgers and Sandra Jo Rodgers via electronic mail, and by depositing in the United States Mail at Aurora, Illinois, a true and correct copy thereof in a sealed envelope, first class postage prepaid, addressed to all parties as set forth herein on April 17, 2012.

/s/ Richard G. Larsen
Richard G. Larsen

ADT Security Services Inc.
1400 E Exposition Avenue
Aurora, CO 80012-2540

American Express
C/O NCO Financial Systems Inc
507 Prudential Road
Horsham, PA 19044

American Express
P.O. Box 981540
El Paso, TX 79998-1540

American Express (US)
200 Versey St., 44th Floor
New York, NY 10285

Bank of America
C/O NCC Business Services Inc
9428 Baymeadows Rd., #200
Jacksonville, FL 32256

Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026

Chase
Attn: Bankruptcy Dept
P.O. Box 15298
Wilmington, DE 19850-5298

Chase Bank Mortgage/NY Mellon Trust
C/O Codilis & Associates
15W030 N, Frontage Rd, Suite 100
Burr Ridge, IL 60527

Chase Bank U.S.A., N.A.
C/O United Recovery Systems LP
P.O. Box 722929
Houston, TX 77272-2929

Chase Bank USA, N.A.
131 S. Dearborn St., Floor 5
Chicago, IL 60603

Citi
Customer Service
P.O. Box 6000
The Lakes, NV 89163-6000

Citi Card
Customer Service
P.O. Box 6500
Sioux Falls, SD 57117

Citibank (South Dakota) NA
C/O Alliance One Receivables Mgmnt
4850 Street Rd, Suite 300
Trevose, PA 19053

City of Eagle River
P.O. Box 1269
Eagle River, WI 54521

Com Ed
Attn: Bankruptcy Department
3 Lincoln Center
Oakbrook Terrace, IL 60181-4204

Commonwealth Edison Company
Claims & Collections Department
P.O. Box 805379
Chicago, IL 60680-5379

Crane Road Estates HOA
C/O Rowell Incorporated
2587 Millennium Dr, STE H
Elgin, IL 60124-5826

David J. Rickert, County Collector
Kane County Government Center
719 S. Batavia Ave., Bldg. A
Geneva, IL 60134

Delnor Community Hospital
C/O State Collection Service Inc
2509 S. Stoughton Rd
Madison, WI 53716

Delnor Community Hospital
C/O KCA Financial Services, Inc.
628 North Street
Geneva, IL 60134-1356

Delnor Community Hospital
P.O. Box 88055
Chicago, IL 60680

First Federal Savings & Loan
C/O Ronald O. Roeser
920 Davis Road, Suite 100
Elgin, IL 60123

Hubbard's Ethan Allen
C/O Donat & Donat, P.C.
150 Houston St., Suite 103
Batavia, IL 60510-1953

Hubbard's Ethan Allen
16 N. Batavia Ave
Batavia, IL 60510

Illinois Department of Revenue
P.O. Box 64338
Chicago, IL 60664-0338

Illinois Department of Revenue
Attn: Lien Unit
P.O. Box 19035
Springfield, IL 62794-9035

Illinois Department of Revenue
C/O GC Services Ltd Partnership
6330 Gulfton
Houston, TX 77081

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Janet L. Jones LTD, P.C.
Certified Public Accountant
311 N. 2nd St., Suite #206
Saint Charles, IL 60174

Jeanne Engel
581 Windham Lane
Naperville, IL 60563

| | | |
|---|---|---|
| John C. Houlihan<br>Johnson & Houlihan, S.C.<br>P.O. Box 630<br>Minocqua, WI 54548 | Lampert Yards, Inc<br>C/O CT Corporation System<br>8040 Excelsior Dr, Suite 200<br>Madison, WI 53717 | Lamperts Yards, Inc.<br>P.O. Box 397<br>Eagle River, WI 54521 |
| M & I Bank<br>C/O Bass & Moglowsky, S.C.<br>501 W. Northshore Dr, Suite 300<br>Milwaukee, WI 53217 | M & I Bank<br>770 North Water Street<br>Milwaukee, WI 53202-3509 | Macy's<br>P.O. Box 689195<br>Des Moines, IA 503 |
| Max's Greener Places, Inc.<br>P.O. Box 485<br>Winfield, IL 60190 | Mueller & Co., LLP<br>2230 Point Boulevard, Suite 700<br>Elgin, IL 60123 | Nicor Gas<br>Attn: Bankruptcy Department<br>1844 W. Ferry Rd<br>Naperville, IL 60563 |
| STC Capital Bank<br>C/O David J. Chroust, Ice Miller<br>2300 Cabot Drive, Suite 455<br>Lisle, IL 60532<br>(Via Electronic Mail) | STC Capital Bank<br>460 S. 1st Street<br>Saint Charles, IL 60174 | The Lannert Group, Inc<br>215 Fulton Street<br>Geneva, IL 60134 |
| Vilas County Treasurer<br>330 Court Street<br>Eagle River, WI 54521 | Waste Management<br>P.O. Box 4648<br>Carol Stream, IL 60197-4648 | Wisconsin Public Service Corporation<br>W 1830 West Cleveland Ave<br>Marinette, WI 54143-9513 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S. Dearborn, 7th Floor<br>Chicago, IL 60604-1704<br>(Via Electronic Mail) | Department Stores National Bank/Macy's<br>Bankruptcy Processing<br>P.O. Box 8053<br>Mason, OH 45040-8053 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St, Room 873<br>Chicago, IL 60604-2027<br>(Via Electronic Mail) |
| Frank C. Rodgers & Sandra Jo Rodgers<br>39W612 Caribou Trail<br>St. Charles, IL 60175-6958 | Stephen G. Wolfe<br>Office of the U.S. Trustee<br>219 S. Dearborn Street, Room 873<br>Chicago, IL 60604<br>(Via Electronic Mail) | Darren L. Besic, Esq.<br>5 E. Wilson St.<br>Batavia, IL 60510<br>(Via Electronic Mail) |
| Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn<br>Chicago, IL 60604<br>312-566-2826 FX | Joel R. Nathan, Asst. US Attorney<br>219 S. Dearborn #500<br>Chicago, IL 60604-1702<br>312-353-2067 FX | Internal Revenue Service<br>Attn: M.A. English<br>2001 Butterfield Rd.<br>Downers Grove, IL 60515<br>312-353-2067 FX |
| Office of The Atty General<br>Attn: Tax Division<br>555 Fourth St. Northwest<br>Washington, DC 20530 | Internal Revenue Service<br>Attn: Robert Little<br>Assoc Area Counsel, SB/SE<br>200 W. Adams St., Ste. 2300<br>Chicago, IL 60606<br>312-368-8712 FX | D. Patrick Mullarkey<br>Tax Division (DOJ), P.O. Box 55<br>Ben Franklin Station<br>Washington, DC 20044<br>202-514-5238 FX |
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Allicino Partners, LLC<br>525 Tyler Rd, Suite U<br>Saint Charles, IL 60174-3363 | Chase Bank USA, N.A.<br>P.O. Box 15145<br>Wilmington, DE 19850-5145 |

| | | |
|---|---|---|
| STC Capital Bank<br>c/o John D. Burke<br>Ice Miller LLP<br>200 West Madison Street, Ste 3500<br>Chicago, IL 60606-3417 | B-Line, LLC<br>MS 550<br>P.O. Box 91121<br>Seattle, WA 98111-9221 | The Bank of New York Mellon Trust Co.<br>c/o Codilis & Associates P.C.<br>Attn: Gloria C Tsotsos<br>15W030 North Frontage Rd, Ste 100<br>Burr Ridge, IL 60527 |

| | | |
|---|---|---|
| STC Capital Bank<br>c/o John D. Burke | B-Line, LLC | The Bank of New York Mellon Trust Co.<br>c/o Codilis & Associates P.C. |

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | No. 11-17851 |
| Frank C. Rodgers and Sandra Jo Rodgers, ) | Judge Susan Pierson Sonderby |
| ) | |
| Debtor(s). ) | Hearing Date: May 1, 2012 |
| ) | 10:00 a.m. |
| ) | Chicago, Illinois |

## COVERSHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

| | |
|---|---|
| Name of Applicant: | Myler, Ruddy & McTavish |
| Authorized to provide professional services to: | Frank and Sandra Rodgers |
| Date of order authorizing employment: | 6/01/11 |
| Period for which compensation is sought: | 1/12/12 through 4/13/12 |
| Amount of fees sought: | $5,760.00 |
| Amount of expense reimbursement sought: | $429.26 |
| Retainers received to be applied to fees and expenses | $0.00 |
| Balance of fees and expenses sought after application of retainers: | $6,189.26 |
| This is a: | Final Application |

If this is not the first application filed by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| 11/16/11 | 4/27/11-10/31/12 | $17,980.96 | $17,980.96 |

Dated: April 17, 2012

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | No. 11-17851 |
| Frank C. Rodgers and Sandra Jo Rodgers, | ) | Judge Susan Pierson Sonderby |
| | ) | |
| Debtor(s). | ) | Hearing Date: May 1, 2012 |
| | ) | 10:00 a.m. |
| | ) | Chicago, Illinois |

FINAL APPLICATION OF MYLER, RUDDY & McTAVISH
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES AS COUNSEL FOR FRANK C. RODGERS AND SANDRA JO RODGERS

Myler, Ruddy & McTavish ("**MR&M**"), respectfully submits this final application for allowance of compensation and reimbursement of expenses as counsel for Frank C. Rodgers and Sandra Jo Rodgers during the period January 12, 2012 through April 13, 2012. MR&M submits this application as an administrative expense of the Chapter 11 case pursuant to §330 of the Bankruptcy Code, and Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois.

In this application, MR&M respectfully requests the court enter an order awarding MR&M final compensation of $5,760.00 for professional services rendered and reimbursement of $429.26 for ordinary and necessary expenses incurred during the relevant period, and allowing the sum of $6,189.26 to MR&M as an administrative expense of the Chapter 11 case according to the priorities established under the Bankruptcy Code. MR&M requests that the fees and expenses be allowed as an administrative expense.

INTRODUCTION

1. On April 27, 2011 Frank and Sandra Rodgers, (the "Debtors"), filed a voluntary

1

petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are a retired couple who reside in St. Charles, Illinois although recently Frank Rodgers has become re-employed. For many years, Frank Rodgers ran a successful company known as Rodgers Engineering. During these years, the Rodgers, as part of their ultimate retirement strategy, acquired various parcels of real estate for investment and development purposes. When those parcels were acquired, the Rodgers' had sufficient cash flow to service the debt on the property, and believed that the sale of Rodgers Engineering, along with the development of the real estate would provide cash for the service of the mortgage indebtedness.

However, the sale of Rodgers Engineering proved disastrous as the purchaser defaulted shortly after the sale was completed. This led to costly and protracted litigation against the purchaser with no return to the Rodgers. For a time the Rodgers utilized their cash reserves to service the debt, while attempting to sell or develop the properties. The Rodgers' attempts to sell their properties unfortunately coincided with the deterioration of the real estate market. Eventually the cash reserves were depleted and all of the Rodgers' real estate ended up in foreclosure. Facing forced foreclosure sales of all of their property, the Rodgers filed this chapter 11 in an attempt to liquidate the property in an orderly fashion, while at least retaining their residence, and providing some dividend to the unsecured creditors.

2. On June 1, 2011, the Court entered an order authorizing the debtors to employ MR&M and its members as its attorneys in this bankruptcy case. At the time MR&M was originally retained, the debtors paid MR&M $11,039.00 as an advance payment retainer pursuant to a written retainer agreement.

3. On December 7, 2011, the court awarded MR&M interim fees and expenses

totaling $17,980.96 and that sum has been paid in full.

4. To aid the court in its review of this application and in accordance with the local rules of this Court and the guidelines established by the United States trustee, MR&M has divided its services into categories. Part I sets forth the categories along with a short narrative of the services provided. Part II describes the manner in which the fees and costs were calculated.

## I. SERVICES PERFORMED

7. **Fee/Employment Applications.** MR&M spent 2 hours on the preparation of this fee petition for which it seeks compensation in the amount of $600.00.

12. **Plan and Disclosure Statement.** MR&M spent 17.2 hours on matters related to the preparation of a plan and disclosure statement for which it seeks compensation in the amount of $5,160.00 and expenses in the amount of $429.26. Although the plan in this case was not confirmed, it represented the debtors' and counsel's best effort in a difficult case exacerbated by the continued stagnation of the real estate market.

## II. CALCULATION OF TIME AND FEES

5. This is MR&M's final application for compensation. It covers the period from January 12, 2012 through April 13, 2012. All professional services for which compensation is requested, and all expenses incurred, have been for services directly related to this case and were rendered for the debtors and the estate. No agreement or understanding exists between MR&M and any other person for the sharing of compensation received or to be received in connection with this case, other than among members of the firm.

6. In preparing this fee application, MR&M has calculated the amount of time spent by each attorney in performing actual, necessary legal services for the estate. The information

3

used comes from the time and billing system maintained by MR&M for each client. The hourly rates charged are the hourly rates charged by MR&M for comparable services to comparable clients. There are no instances where more than one attorney billed for a particular service. All of the services billed in this case have been performed by one attorney, Richard G. Larsen.

7. To aid the Court in its review of this application, MR&M has attached its time and billing records as Exhibit A, with a notation as to the category applicable. The hourly rate charged by Mr. Larsen is $300.00 per hour.

8. The total amount of fees and expenses incurred during the applicable period is $6,189.26.

9. Bankruptcy Rule 2002 requires 21 days notice of this application. The debtors have given 14 days notice. Debtors request the notice period be reduced to avoid multiple court appearances since this matter has been previously set for May 1, 2012 on the trustee's motion to convert or dismiss.

**WHEREFORE**, MR&M respectfully requests that the Court enter the attached proposed order -

A. Awarding MR&M reasonable compensation in the amount of $5,760.00 for actual, necessary legal services provided during the period;

B. Allowing MR&M reimbursement of actual, reasonable, and necessary expenses of $429.26 incurred during the period;

C. Allowing the balance of $6,189.26 as an administrative expenses of the current case;

D. Reducing for cause, the notice period from 21 to 14 days.

4

   E.      Granting such further relief as the Court deems equitable and just.

/s/ Richard G. Larsen
Myler, Ruddy & McTavish
Attorney No. 6193054
105 E. Galena Blvd., 8th Floor
Aurora, Illinois 60505
630-897-8475
630-897-8076 (Fax)
rglarsen@mrmlaw.com

**Myler, Ruddy & McTavish**
105 East Galena Blvd.
8th Floor
Aurora, IL 60505

Invoice submitted to:

Sandra and Frank Rodgers
39W612 Caribou Tr.
St. Charles IL 60175

April 16, 2012

In Reference To:   Chapter 11

Invoice #   19390

Professional Services

| Date | | Description | Category | Hours | Amount |
|---|---|---|---|---|---|
| 1/12/2012 | RGL | Prepare disclosure statement | 12 | 4.00 | 1,200.00 |
| 1/13/2012 | RGL | Prepare disclosure statement | 12 | 2.50 | 750.00 |
| 1/16/2012 | RGL | Prepare plan/revise disclosure statement | 12 | 2.00 | 600.00 |
| | RGL | Email to Steve Wolfe/request for additional time | 12 | 0.20 | 60.00 |
| 1/18/2012 | RGL | Complete plan/disclosure statement and all exhibits; file | 12 | 2.00 | 600.00 |
| 1/24/2012 | RGL | Travel to Chicago for status hearing on plan/disclosure statement | 12 | 1.00 | 300.00 |
| 1/25/2012 | RGL | Email to Steve Wolf re: judge's comments on debtor's disclosure statement | 12 | 0.50 | 150.00 |
| 2/27/2012 | RGL | Read email from Steve Wolfe and make correction to disclosure statement and plan | 12 | 1.00 | 300.00 |
| 2/28/2012 | RGL | Travel to Chicago for status on disclosure statement/plan; set dates for hearing | 12 | 1.00 | 300.00 |
| | RGL | Conference with David Chroust re: amended plan/disclosure statement; dates | 12 | 0.20 | 60.00 |
| 3/28/2012 | RGL | Telephone conference with Steve Wolfe re: objection | 12 | 0.30 | 90.00 |
| 4/5/2012 | RGL | Prepare ballot report | 12 | 0.50 | 150.00 |
| 4/10/2012 | RGL | Travel to Chicago for hearing on plan and disclosure statement | 12 | 2.00 | 600.00 |
| 4/13/2012 | RGL | Prepare final application for fees and expenses | 7 | 2.00 | 600.00 |

For professional services rendered     19.20   $5,760.00

Additional Charges :

| | | Amount |
|---|---|---|
| 10/24/2011 | Miscellaneous expense – FedX to Judge Sonderby | 17.16 |
| 10/28/2011 | Miscellaneous expense – FedX to Terri Placer | 31.59 |
| 11/16/2011 | Postage | 35.20 |
| | Photocopies | NO CHARGE |

**EXHIBIT A**

Sandra and Frank Rodgers

Page    2

| Date | Description | | Amount |
|---|---|---|---|
| 11/17/2011 | Fax transmission expense | | NO CHARGE |
| | Postage | | 23.76 |
| | Photocopies | | NO CHARGE |
| 11/29/2011 | Travel to Chicago | | 56.00 |
| 12/7/2011 | Travel to Chicago | | 58.00 |
| 2/23/2012 | Miscellaneous expense -- FedX to Judge Sonderby | | 15.45 |
| 3/1/2012 | Miscellaneous expense -- FedX to Judged Wedoff | | 15.45 |
| 3/6/2012 | Photocopies | | NO CHARGE |
| | Postage | | 85.50 |
| 4/10/2012 | Travel to Chicago | | 62.80 |
| 4/16/2012 | Postage | | 28.35 |
| | Total additional charges | | $429.26 |
| | For professional services rendered | 19.20 | $6,189.26 |