# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: RODGERS, FRANK C. | § | Case No. 11-17851 |
| RODGERS, SANDRA JO | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 11 of the United States Bankruptcy Code was filed on April 27, 2011. The case was converted to one under Chapter 7 on May 01, 2012. The undersigned trustee was appointed on May 02, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $       5,430.92

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | 0.00 |
    | Administrative expenses | 15.25 |
    | Bank service fees | 294.04 |
    | Other payments to creditors | 0.00 |
    | Non-estate funds paid to 3rd Parties | 0.00 |
    | Exemptions paid to the debtor | 0.00 |
    | Other payments to the debtor | 0.00 |
    | Leaving a balance on hand of [1]    $ | 5,121.63 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/22/2012 and the deadline for filing governmental claims was 10/22/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,293.09. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,293.09, for a total compensation of $1,293.09.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/25/2015         By: /s/THOMAS E. SPRINGER, TRUSTEE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-17851  
**Case Name:** RODGERS, FRANK C.  
RODGERS, SANDRA JO  
**Period Ending:** 09/25/15

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 05/01/12 (c)  
**§341(a) Meeting Date:** 07/02/12  
**Claims Bar Date:** 10/22/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Residence, Single Family Home<br>39W612 Caribou Trail, St. Charles, IL 60175<br>Order abandoning property entered 8/21/12. | 650,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | Home<br>5N214 Wilton Croft Rd.<br>St. Charles, IL 60175<br>Order abandoning property entered 7/3/12. | 885,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | Rental Property<br>3545 Hwy 70 East<br>Eagle River, WI 54521 | 2,880,000.00 | 0.00 | | 0.00 | FA |
| 4 | Industrial Building/Development Property<br>404 West Nebraska St.<br>Elburn, IL 60119 | 2,200,000.00 | 0.00 | | 0.00 | FA |
| 5 | Hangar #33<br>1324 Adams Rd.<br>Eagle River, WI 54521 | 65,000.00 | 0.00 | | 0.00 | FA |
| 6 | Checking Account No. xxxxxx8871<br>Harris N.A.<br>P.O. Box 94033<br>Palatine, IL 60094-4033 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Miscellaneous Household Goods and Furnishings | 7,500.00 | 0.00 | | 0.00 | FA |
| 8 | Used Mac Computer | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Books, Art Objects, Collectibles and Pictures | 2,200.00 | 0.00 | | 0.00 | FA |
| 10 | Miscellaneous Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | Necklace and Rings | 1,300.00 | 0.00 | | 0.00 | FA |
| 12 | Fidelity Investments No. xxx-xx8909<br>477 South Third Street<br>Suite 210<br>Geneva, IL 60134-4523 | 195.00 | 0.00 | | 0.00 | FA |
| 13 | Stifel Nicolaus Account No. xxxx xxxx 5769 | 13.00 | 0.00 | | 0.00 | FA |
| 14 | 2005 Chevrolet Suburban (133,000 miles) | 7,400.00 | 0.00 | | 0.00 | FA |
| 15 | 2004 Land Rover Discovery (133,000 miles) | 4,975.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-17851  **Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE
**Case Name:** RODGERS, FRANK C.  **Filed (f) or Converted (c):** 05/01/12 (c)
RODGERS, SANDRA JO  **§341(a) Meeting Date:** 07/02/12
**Period Ending:** 09/25/15  **Claims Bar Date:** 10/22/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 16 | 1999 Land Rover Range Rover (100,000 miles) | 4,825.00 | 0.00 | | 0.00 | FA |
| 17 | 1951 MG Disassembled | 0.00 | 0.00 | | 0.00 | FA |
| 18 | 2006 Triton Trailer | 500.00 | 0.00 | | 0.00 | FA |
| 19 | 1995 Aluminum Craft Boat | 1,500.00 | 0.00 | | 0.00 | FA |
| 20 | Murcury Motor | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Pen Yenn Boat | 2,500.00 | 0.00 | | 0.00 | FA |
| 22 | Rhinelander Canoe | 3,000.00 | 0.00 | | 0.00 | FA |
| 23 | Mac Computer<br>  2 Desks<br>4 Drawer File Cabinet<br>HP Office Jet<br>Micro Cut Shredder<br>2 Drawer Metal File Cabinet<br>Supplies | 600.00 | 0.00 | | 0.00 | FA |
| 24 | 1932 Chevrolet (Mileage unknown) (u)<br>   Asset listed on Amended Schedule B filed 2/17/12. Trustee has determined that costs of sale will exceed value of asset. | 7,500.00 | 5,000.00 | | 0.00 | FA |
| 25 | DIP account (u) | 14,821.20 | 14,821.20 | | 5,430.83 | FA |
| 26 | Post-Petition Interest Deposits (u) | Unknown | Unknown | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.09 | FA |
| 27 | **Assets Totals** (Excluding unknown values) | **$6,740,329.20** | **$19,821.20** | | **$5,430.92** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee and Debtors' attorney agreed to reapayment of funds that were not turned over from the DIP account. Debtors have defaulted on therir repayment schedule. Order for Turnover entered and no resposne. Trustee will proceed with collections.

Exhibit A

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-17851  
**Case Name:** RODGERS, FRANK C.  
RODGERS, SANDRA JO  
**Period Ending:** 09/25/15

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 05/01/12 (c)  
**§341(a) Meeting Date:** 07/02/12  
**Claims Bar Date:** 10/22/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** October 15, 2013    **Current Projected Date Of Final Report (TFR):** September 1, 2015 (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 11-17851 | | Trustee: | THOMAS E. SPRINGER, TRUSTEE (330640) |
|---|---|---|---|---|
| Case Name: | RODGERS, FRANK C. | | Bank Name: | BANK OF AMERICA |
| | RODGERS, SANDRA JO | | Account: | ********16 - MONEY MARKET |
| Taxpayer ID #: | **-***3734 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 09/25/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 06/19/12 | {25} | HARRIS | DIP Account Balance | 1229-000 | 4,830.83 | | 4,830.83 |
| 06/29/12 | Int | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.01 | | 4,830.84 |
| 07/31/12 | Int | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,830.88 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 6.34 | 4,824.54 |
| 08/31/12 | Int | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 4,824.58 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 4,818.65 | 5.93 |
| 08/31/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 5.93 | 0.00 |
| | | | ACCOUNT TOTALS | | 4,830.92 | 4,830.92 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,818.65 | |
| | | | Subtotal | | 4,830.92 | 12.27 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $4,830.92 | $12.27 | |

{} Asset reference(s)                                                                                    Printed: 09/25/2015 09:57 AM    V.13.25

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 11-17851 | | Trustee: | THOMAS E. SPRINGER, TRUSTEE (330640) |
|---|---|---|---|---|
| Case Name: | RODGERS, FRANK C. | | Bank Name: | ASSOCIATED BANK |
| | RODGERS, SANDRA JO | | Account: | ********03 - CHECKING ACCOUNT |
| Taxpayer ID #: | **-***3734 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/25/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/31/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 4,818.65 | | 4,818.65 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.67 | 4,815.98 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.07 | 4,812.91 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.97 | 4,809.94 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.06 | 4,806.88 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,796.88 |
| 02/26/13 | 100000 | INTERNATIONAL SURITIES, LTD. | | 2300-000 | | 5.12 | 4,791.76 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,781.76 |
| 03/08/13 | {25} | FRANK C. RODGERS | DIP balance owed | 1229-000 | 200.00 | | 4,981.76 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,971.76 |
| 05/03/13 | {25} | SANDRA J. RODGERS | Payment on DIP balance owed of state court counter claim pursuant to Court Order entered 11/15/12. | 1229-000 | 400.00 | | 5,371.76 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,361.76 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,351.76 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,341.76 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,331.76 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,321.76 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,311.76 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,301.76 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,291.76 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,281.76 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,271.76 |
| 02/11/14 | 100001 | INTERNATIONAL SURETIES, LTD. | Blanket Bond # 016026455 | 2300-000 | | 7.05 | 5,264.71 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,254.71 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,244.71 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,234.71 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,224.71 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,214.71 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,204.71 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,194.71 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,184.71 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,174.71 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,164.71 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,154.71 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,144.71 |
| 02/27/15 | 100002 | ARTHUR B. LEVINE COMPANY | Bond Payment | 2300-000 | | 3.08 | 5,141.63 |

Subtotals :   $5,418.65   $277.02

{} Asset reference(s)   Printed: 09/25/2015 09:57 AM   V.13.25

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 11-17851 | | Trustee: | THOMAS E. SPRINGER, TRUSTEE (330640) |
|---|---|---|---|---|
| Case Name: | RODGERS, FRANK C. | | Bank Name: | ASSOCIATED BANK |
| | RODGERS, SANDRA JO | | Account: | ********03 - CHECKING ACCOUNT |
| Taxpayer ID #: | **-***3734 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/25/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,131.63 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,121.63 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 5,121.63 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **5,418.65** | **5,418.65** | **$0.00** |
| | | | Less: Bank Transfers | | 4,818.65 | 5,121.63 | |
| | | | **Subtotal** | | **600.00** | **297.02** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$600.00** | **$297.02** | |

{} Asset reference(s)            Printed: 09/25/2015 09:57 AM    V.13.25

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 11-17851  
**Case Name:** RODGERS, FRANK C.  
RODGERS, SANDRA JO  
**Taxpayer ID #:** **-***3734  
**Period Ending:** 09/25/15  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****955766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 5,121.63 | | 5,121.63 |
| | | | **ACCOUNT TOTALS** | | **5,121.63** | **0.00** | **$5,121.63** |
| | | | Less: Bank Transfers | | 5,121.63 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ********16** | 4,830.92 | 12.27 | 0.00 |
| **Checking # ********03** | 600.00 | 297.02 | 0.00 |
| **Checking # ****955766** | 0.00 | 0.00 | 5,121.63 |
| | $5,430.92 | $309.29 | $5,121.63 |

{} Asset reference(s)

Printed: 09/25/2015 09:57 AM   V.13.25

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 22, 2012

**Case Number:** 11-17851  
**Debtor Name:** RODGERS, FRANK C.

Page: 1

**Date:** September 25, 2015  
**Time:** 09:57:52 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | | $1,293.09 | $0.00 | 1,293.09 |
| 200 | SPRINGER BROWN, LLC<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | | $2,295.50 | $0.00 | 2,295.50 |
| 26<br>200 | United States Trustee<br>219 S. Dearborn Street<br>Room 873<br>Chicago, IL 60604 | Admin Ch. 7 | | $325.00 | $0.00 | 325.00 |
| BOND<br>200 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>New Orleans, LA 70139 | Admin Ch. 7 | | $15.25 | $15.25 | 0.00 |
| 8P<br>570 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $1,553.99 | $0.00 | 1,553.99 |
| 2<br>100 | First Federal Savings & Loan<br>C/O Ronald O. Roeser<br>920 Davis Road, Suite 100<br>Elgin, IL 60123 | Secured | | $447,617.61 | $0.00 | 447,617.61 |
| 3<br>100 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Secured | | $85,148.87 | $0.00 | 85,148.87 |
| 4<br>100 | M & I Bank<br>770 N. Water St<br>Milwaukee, WI 53202 | Secured | | $1,202,357.11 | $0.00 | 1,202,357.11 |
| 5<br>100 | M & I Bank<br>770 N. Water St<br>Milwaukee, WI 53202 | Secured | | $98,401.44 | $0.00 | 98,401.44 |
| 8S<br>100 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Secured | | $57,835.40 | $0.00 | 57,835.40 |
| 9<br>100 | Lamperts Yards, Inc.<br>P.O. Box 397<br>Eagle River, WI 54521 | Secured | | $3,382.84 | $0.00 | 3,382.84 |
| 13<br>100 | Hubbard's Ethan Allen<br>C/O Donat & Donat, P.C.<br>150 Houston St., Suite 103<br>Batavia, IL 60510-1953 | Secured | | $7,284.65 | $0.00 | 7,284.65 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 22, 2012

**Case Number:** 11-17851　　　　**Debtor Name:** RODGERS, FRANK C.

Page: 2

**Date:** September 25, 2015　　**Time:** 09:57:52 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 18 100 | The Bank of New York Mellon Trust Company, NA<br>c/o Codilis & Associates PC<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527 | Secured | | $824,676.60 | $0.00 | 824,676.60 |
| 21 100 | STC Capital Bank<br>C/O David J. Chroust, Ice Miller<br>2300 Cabot Drive, Suite 455<br>Lisle, IL 60532 | Secured | | $1,112,351.00 | $0.00 | 1,112,351.00 |
| 1 610 | Department Stores National Bank/Macy's<br>Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040 | Unsecured | | $629.48 | $0.00 | 629.48 |
| 6 610 | Vilas County Treasurer<br>330 Court Street<br>Eagle River, WI 54521 | Unsecured | | $110,226.71 | $0.00 | 110,226.71 |
| 7 610 | Janet L. Jones LTD, P.C.<br>Certified Public Accountant<br>311 N. 2nd St., Suite #206<br>Saint Charles, IL 60174 | Unsecured | | $6,093.95 | $0.00 | 6,093.95 |
| 8U 610 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $185.16 | $0.00 | 185.16 |
| 10 610 | ComEd<br>3 Lincoln Center<br>Attn: Bkcy Group-Claims Department<br>Oakbrook Terrace, IL 60181 | Unsecured | | $33,470.76 | $0.00 | 33,470.76 |
| 11 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $25,407.93 | $0.00 | 25,407.93 |
| 12 610 | B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111 | Unsecured | | $5,242.26 | $0.00 | 5,242.26 |
| 14 610 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $5,461.20 | $0.00 | 5,461.20 |
| 15 610 | M & I Bank<br>770 N. Water St<br>Milwaukee, WI 53202 | Unsecured | | $1,067.52 | $0.00 | 1,067.52 |
| 16 610 | ADT Security Services<br>14200 E Exposition Avenue<br>Aurora, CO 80012 | Unsecured | | $10,719.72 | $0.00 | 10,719.72 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 22, 2012

**Case Number:** 11-17851  
**Debtor Name:** RODGERS, FRANK C.

Page: 3

**Date:** September 25, 2015  
**Time:** 09:57:52 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 17 610 | ADT Security Services<br>14200 E Exposition Avenue<br>Aurora, CO 80012 | Unsecured | | $5,369.98 | $0.00 | 5,369.98 |
| 19 610 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $3,556.00 | $0.00 | 3,556.00 |
| 20 610 | Wis Public Service<br>PO Box 19001<br>Green Bay, WI 54307-9001 | Unsecured | | $7,364.66 | $0.00 | 7,364.66 |
| 22 610 | Commonwealth Edison Company<br>3 Lincoln Centre<br>Attn: Bankruptcy Dep.<br>Oakbrook Terrace, IL 60181 | Unsecured | | $53,907.36 | $0.00 | 53,907.36 |
| 23 610 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $13,949.65 | $0.00 | 13,949.65 |
| 24 610 | PYOD, LLC its successors and assigns as assignee<br>of B-Line, LLC<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | claim withdrawn 4/2/13; docket entry 141 | $0.00 | $0.00 | 0.00 |
| 25 610 | Mueller & Co., LLP<br>2560 Foxfield Road<br>Saint Charles, IL 60174 | Unsecured | | $2,100.35 | $0.00 | 2,100.35 |
| **<< Totals >>** | | | | 4,129,291.04 | 15.25 | 4,129,275.79 |

**TRUSTEE'S PROPOSED DISTRIBUTION**   Exhibit D

Case No.: 11-17851
Case Name: RODGERS, FRANK C.
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

**Balance on hand:**   $ 5,121.63

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | First Federal Savings & Loan | 447,617.61 | 447,617.61 | 0.00 | 0.00 |
| 3 | Internal Revenue Service | 85,148.87 | 85,148.87 | 0.00 | 0.00 |
| 4 | M & I Bank | 1,202,357.11 | 1,202,357.11 | 0.00 | 0.00 |
| 5 | M & I Bank | 98,401.44 | 98,401.44 | 0.00 | 0.00 |
| 8S | Illinois Department of Revenue | 57,835.40 | 57,835.40 | 0.00 | 0.00 |
| 9 | Lamperts Yards, Inc. | 3,382.84 | 3,382.84 | 0.00 | 0.00 |
| 13 | Hubbard's Ethan Allen | 7,284.65 | 7,284.65 | 0.00 | 0.00 |
| 18 | The Bank of New York Mellon Trust Company, NA | 824,676.60 | 824,676.60 | 0.00 | 0.00 |
| 21 | STC Capital Bank | 1,112,351.00 | 1,112,351.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 5,121.63

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 1,293.09 | 0.00 | 1,293.09 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 2,295.50 | 0.00 | 2,295.50 |
| Fees, United States Trustee | 325.00 | 0.00 | 325.00 |
| Other Expenses: INTERNATIONAL SURETIES, LTD. | 15.25 | 15.25 | 0.00 |

Total to be paid for chapter 7 administration expenses:   $ 3,913.59
Remaining balance:   $ 1,208.04

**UST Form 101-7-TFR (05/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $          0.00
Remaining balance: $      1,208.04

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,553.99 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8P | Illinois Department of Revenue | 1,553.99 | 0.00 | 1,208.04 |

Total to be paid for priority claims: $      1,208.04
Remaining balance: $          0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 284,752.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department Stores National Bank/Macy's | 629.48 | 0.00 | 0.00 |
| 6 | Vilas County Treasurer | 110,226.71 | 0.00 | 0.00 |
| 7 | Janet L. Jones LTD, P.C. | 6,093.95 | 0.00 | 0.00 |
| 8U | Illinois Department of Revenue | 185.16 | 0.00 | 0.00 |
| 10 | ComEd | 33,470.76 | 0.00 | 0.00 |
| 11 | Chase Bank USA, N.A. | 25,407.93 | 0.00 | 0.00 |
| 12 | B-Line, LLC | 5,242.26 | 0.00 | 0.00 |
| 14 | American Express Centurion Bank | 5,461.20 | 0.00 | 0.00 |
| 15 | M & I Bank | 1,067.52 | 0.00 | 0.00 |
| 16 | ADT Security Services | 10,719.72 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 17 | ADT Security Services | 5,369.98 | 0.00 | 0.00 |
| 19 | Illinois Department of Revenue | 3,556.00 | 0.00 | 0.00 |
| 20 | Wis Public Service | 7,364.66 | 0.00 | 0.00 |
| 22 | Commonwealth Edison Company | 53,907.36 | 0.00 | 0.00 |
| 23 | FIA CARD SERVICES, N.A. | 13,949.65 | 0.00 | 0.00 |
| 24 | PYOD, LLC its successors and assigns as assignee | 0.00 | 0.00 | 0.00 |
| 25 | Mueller & Co., LLP | 2,100.35 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $    0.00
Remaining balance:   $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $    0.00
Remaining balance:   $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $    0.00
Remaining balance:   $    0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**