# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: RODGERS, FRANK C.<br>RODGERS, SANDRA JO<br><br>Debtor(s) | § Case No. 11-17851<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>THOMAS E. SPRINGER, TRUSTEE</u>, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn Street
   7th Floor
   Chicago, IL  60604

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 10:30am on 10/27/2015 in Courtroom 613, United States Courthouse,
219 S. Dearborn Street
Chicago, IL  60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed  / /  By: _____

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL  60187
(630) 510-0000
tspringer@springerbrown.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: RODGERS, FRANK C.  § Case No. 11-17851
RODGERS, SANDRA JO  §
 §
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,430.92 |
| *and approved disbursements of* | $ 309.29 |
| *leaving a balance on hand of* [1] | $ 5,121.63 |
| **Balance on hand:** | $ 5,121.63 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | First Federal Savings & Loan | 447,617.61 | 447,617.61 | 0.00 | 0.00 |
| 3 | Internal Revenue Service | 85,148.87 | 85,148.87 | 0.00 | 0.00 |
| 4 | M & I Bank | 1,202,357.11 | 1,202,357.11 | 0.00 | 0.00 |
| 5 | M & I Bank | 98,401.44 | 98,401.44 | 0.00 | 0.00 |
| 8S | Illinois Department of Revenue | 57,835.40 | 57,835.40 | 0.00 | 0.00 |
| 9 | Lamperts Yards, Inc. | 3,382.84 | 3,382.84 | 0.00 | 0.00 |
| 13 | Hubbard's Ethan Allen | 7,284.65 | 7,284.65 | 0.00 | 0.00 |
| 18 | The Bank of New York Mellon Trust Company, NA | 824,676.60 | 824,676.60 | 0.00 | 0.00 |
| 21 | STC Capital Bank | 1,112,351.00 | 1,112,351.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 5,121.63

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 1,293.09 | 0.00 | 1,293.09 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 2,295.50 | 0.00 | 2,295.50 |
| Fees, United States Trustee | 325.00 | 0.00 | 325.00 |
| Other Expenses: INTERNATIONAL SURETIES, LTD. | 15.25 | 15.25 | 0.00 |

Total to be paid for chapter 7 administration expenses:   $   3,913.59
Remaining balance:   $   1,208.04

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   1,208.04

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,553.99 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8P | Illinois Department of Revenue | 1,553.99 | 0.00 | 1,208.04 |

Total to be paid for priority claims:   $   1,208.04
Remaining balance:   $   0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 284,752.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Department Stores National Bank/Macy's | 629.48 | 0.00 | 0.00 |
| 6 | Vilas County Treasurer | 110,226.71 | 0.00 | 0.00 |
| 7 | Janet L. Jones LTD, P.C. | 6,093.95 | 0.00 | 0.00 |
| 8U | Illinois Department of Revenue | 185.16 | 0.00 | 0.00 |
| 10 | ComEd | 33,470.76 | 0.00 | 0.00 |
| 11 | Chase Bank USA, N.A. | 25,407.93 | 0.00 | 0.00 |
| 12 | B-Line, LLC | 5,242.26 | 0.00 | 0.00 |
| 14 | American Express Centurion Bank | 5,461.20 | 0.00 | 0.00 |
| 15 | M & I Bank | 1,067.52 | 0.00 | 0.00 |
| 16 | ADT Security Services | 10,719.72 | 0.00 | 0.00 |
| 17 | ADT Security Services | 5,369.98 | 0.00 | 0.00 |
| 19 | Illinois Department of Revenue | 3,556.00 | 0.00 | 0.00 |
| 20 | Wis Public Service | 7,364.66 | 0.00 | 0.00 |
| 22 | Commonwealth Edison Company | 53,907.36 | 0.00 | 0.00 |
| 23 | FIA CARD SERVICES, N.A. | 13,949.65 | 0.00 | 0.00 |
| 24 | PYOD, LLC its successors and assigns as assignee | 0.00 | 0.00 | 0.00 |
| 25 | Mueller & Co., LLP | 2,100.35 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $   0.00
Remaining balance:   $   0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/THOMAS E. SPRINGER, TRUSTEE
Trustee

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL  60187
(630) 510-0000
tspringer@springerbrown.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                                   United States Bankruptcy Court
                                   Northern District of Illinois
In re:                                                               Case No. 11-17851-TAB
Frank C. Rodgers                                                     Chapter 7
Sandra Jo Rodgers
         Debtors
                                        CERTIFICATE OF NOTICE
District/off: 0752-1          User: dgomez                Page 1 of 3                   Date Rcvd: Sep 30, 2015
                              Form ID: pdf006             Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2015.
db            Frank C. Rodgers,    11 Lakewood Circle,    St. Charles, IL 60174-5550
jdb          +Sandra Jo Rodgers,    12304 Daphne Drive,    Huntley, IL 60142-6317
17192344     +Allicino Partners, LLC,    525 Tyler Rd, Suite U,    Saint Charles, IL 60174-3363
17192346      American Express,    P.O. Box 981540,    El Paso, TX 79998-1540
17192347     +American Express (US),    200 Versey St., 44th Floor,    New York, NY 10285-0002
17445823      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
17192348     +Bank of America,    C/O NCC Business Services Inc,    9428 Baymeadows Rd., #200,
               Jacksonville, FL 32256-7912
17192350     +Chase Bank Mortgage/NY Mellon Trust,    C/O Codilis & Associates,
               15W030 N, Frontage Rd, Suite 100,    Burr Ridge, IL 60527-6921
17382783      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17192351     +Chase Bank USA, N.A.,    131 S. Dearborn St., Floor 5,    Chicago, IL 60603-5517
17192352      Citi,   Customer Service,    P.O. Box 6000,   The Lakes, NV 89163-6000
17192353     +Citi Card,    Customer Service,    P.O. Box 6500,   Sioux Falls, SD 57117-6500
17192355     +City of Eagle River,    P.O. Box 1269,    Eagle River, WI 54521-1269
17192357      Crane Road Estates HOA,    C/O Rowell Incorporated,    2587 Millennium Dr, STE H,
               Elgin, IL 60124-5826
17192358     +David J. Rickert,    Kane County Treasurer,    719 South Batavia Ave, Bldg A,
               Geneva, IL 60134-3079
17192359     +David J. Rickert, County Collector,    Kane County Government Center,
               719 S. Batavia Ave., Bldg. A,    Geneva, IL 60134-3077
17192360     +Delnor Community Hospital,    C/O State Collection Service Inc,    2509 S. Stoughton Rd,
               Madison, WI 53716-3314
17192361     +Delnor Community Hospital,    P.O. Box 88055,   Chicago, IL 60680-1055
17259251     +Department Stores National Bank/Macy’s,    Bankruptcy Processing,    PO Box 8053,
               Mason, OH 45040-8053
19336396      FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,   Greensboro, NC 27410
17192363     +Hubbard’s Ethan Allen,    C/O Donat & Donat, P.C.,    150 Houston St., Suite 103,
               Batavia, IL 60510-1995
17192364     +Hubbard’s Ethan Allen,    16 N. Batavia Ave,   Batavia, IL 60510-1923
17192366     ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
               CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,     Attn: Lien Unit,   P.O. Box 19035,
               Springfield, IL 62794-9035)
17192367     +Illinois Department of Revenue,    C/O GC Services Ltd Partnership,    6330 Gulfton,
               Houston, TX 77081-1108
17192371     +Jeanne Engel,   581 Windham Lane,    Naperville, IL 60563-3252
17192372     +Joel R. Nathan,    Assistant United State Attorney,    219 S. Dearborn St., 5th Floor,
               Chicago, IL 60604-2029
17192373     +John C. Houlihan,    Johnson & Houlihan, S.C.,    P.O. Box 630,   Minocqua, WI 54548-0630
17192374     +Lampert Yards, Inc,    C/O CT Corporation System,    8040 Excelsior Dr, Suite 200,
               Madison, WI 53717-1338
17192376     +Lamperts Yards, Inc.,    P.O. Box 397,   Eagle River, WI 54521-0397
17192378     +M & I Bank,   770 N. Water St,    Milwaukee, WI 53202-3593
17192379     +M & I Bank,   770 North Water Street,    Milwaukee, WI 53202-3593
17192377     +M & I Bank,   C/O Bass & Moglowsky, S.C.,    501 W. Northshore Dr, Suite 300,
               Milwaukee, WI 53217-4541
17192381     +Macy’s,   P.O. Box 689195,    Des Moines, IA 50368-9195
17192382     +Max’s Greener Places, Inc.,    P.O. Box 485,   Winfield, IL 60190-0485
17192386     +STC Capital Bank,    460 1st Street,   Saint Charles, IL 60174-2806
17192385     +STC Capital Bank,    460 S. 1st Street,   Saint Charles, IL 60174-2806
17192384     +STC Capital Bank,    C/O David J. Chroust, Ice Miller,    2300 Cabot Drive, Suite 455,
               Lisle, IL 60532-4613
17720255     +The Bank of New York Mellon Trust Company, NA,    c/o Codilis & Associates PC,
               15W030 North Frontage Road,    Suite 100,   Burr Ridge, IL 60527-6921
17192387     +The Lannert Group, Inc,    215 Fulton Street,   Geneva, IL 60134-2747
17192388     +Vilas County Treasurer,    330 Court Street,   Eagle River, WI 54521-8362
18250355     ++WISCONSIN PUBLIC SERVICE CORPORATION,    W 1830 WEST CLEVELAND AVE,   MARINETTE WI 54143-9513
              (address filed with court: Wis Public Service,     PO Box 19001,   Green Bay, WI 54307-9001)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17192345     +E-mail/Text: egssupportservices@egscorp.com Oct 01 2015 01:01:09      American Express,
               C/O NCO Financial Systems Inc,    507 Prudential Road,   Horsham, PA 19044-2308
18026232      E-mail/PDF: resurgentbknotifications@resurgent.com Oct 01 2015 00:57:38      B-Line, LLC,
               MS 550,   PO Box 91121,    Seattle, WA 98111-9221
17192354     +E-mail/Text: roy.buchholz@allianceoneinc.com Oct 01 2015 01:00:04
               Citibank (South Dakota) NA,    C/O Alliance One Receivables Mgmnt,    4850 Street Rd, Suite 300,
               Trevose, PA 19053-6643
17379317     +E-mail/Text: legalcollections@comed.com Oct 01 2015 01:01:42      ComEd,   3 Lincoln Center,
               Attn: Bkcy Group-Claims Department,    Oakbrook Terrace, IL 60181-4204
17192356     +E-mail/Text: legalcollections@comed.com Oct 01 2015 01:01:42      Commonwealth Edison Company,
               Claims & Collections Department,    P.O. Box 805379,   Chicago, IL 60680-4179
```

```
District/off: 0752-1           User: dgomez                Page 2 of 3                   Date Rcvd: Sep 30, 2015
                               Form ID: pdf006             Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
18776307      +E-mail/Text: legalcollections@comed.com Oct 01 2015 01:01:42      Commonwealth Edison Company,
               3 Lincoln Centre,    Oakbrook Terrace, Il 60181-4204,    Attn: Bankruptcy Dep.
17192362      +E-mail/Text: ronroeser@roeserlaw.com Oct 01 2015 01:01:19      First Federal Savings & Loan,
               C/O Ronald O. Roeser,    920 Davis Road, Suite 100,    Elgin, IL 60123-1344
17192365       E-mail/Text: rev.bankruptcy@illinois.gov Oct 01 2015 01:00:51
               Illinois Department of Revenue,    ICS Payment & Correspondence Unit,    P.O. Box 19043,
               Springfield, IL 62794-9043
17289528       E-mail/Text: rev.bankruptcy@illinois.gov Oct 01 2015 01:00:51
               Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
               Chicago, IL 60664-0338
17192368      +E-mail/Text: cio.bncmail@irs.gov Oct 01 2015 01:00:22      Internal Revenue Service,
               Attn: M.A. English,    2001 Butterfield Rd,    Downers Grove, IL 60515-1058
23736566      +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Oct 01 2015 01:00:45      Office of the U.S. Trustee,
               219 S. Dearborn St   Room 873,    Chicago, Il 60604-2027
19372242      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 01 2015 00:57:28
               PYOD, LLC its successors and assigns as assignee,    of B-Line, LLC,
               Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Myler, Ruddy & McTavish
aty            Springer Brown Covey Gaertner & Davis LLC
17192369*      Internal Revenue Service,    Centralized Insolvency Operations,   P.O. Box 7346,
               Philadelphia, PA 19101-7346
17192375*     +Lampert Yards, Inc.,    C/O CT Corporation System,    8040 Excelsior Dr, Suite 200,
               Madison, WI 53717-1338
17192380*     +M & I Bank,   770 N. Water Street,    Milwaukee, WI 53202-3593
17652334     ##+ADT Security Services,    14200 E Exposition Avenue,    Aurora, CO 80012-2540
17192349     ##Bank of America,    P.O. Box 15026,   Wilmington, DE 19850-5026
17192370     ##+Janet L. Jones LTD, P.C.,    Certified Public Accountant,    311 N. 2nd St., Suite #206,
               Saint Charles, IL 60174-1852
17192383     ##+Mueller & Co., LLP,    2560 Foxfield Road,    Saint Charles, IL 60174-5731
                                                                                   TOTALS: 2, * 3, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2015                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2015 at the address(es) listed below:
              Darren L Besic    on behalf of Creditor    M & I Marshall & Ilsley Bank dbesic@aol.com,
               nancy@dbesiclaw.com
              Gloria C  Tsotsos    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A. f/k/a
               The Bank of New York Trust Company, N.A., as trustee for Chase Flex Trust Series 2007-1
               nd-two@il.cslegal.com
              Gloria C  Tsotsos    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
               Association nd-two@il.cslegal.com
              John D. Burke    on behalf of Creditor    STC Capital Bank john.burke@icemiller.com,
               karen.gregg@icemiller.com
              John S Hitt    on behalf of Creditor    Dept of Treasury--IRS john.s.hitt@irscounsel.treas.gov
              Meredith S Fox    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter R Vucha    on behalf of Creditor    First Federal Savings Bank pamreal@roeserlaw.com
              Stephen G Wolfe    on behalf of U.S. Trustee Patrick S Layng steve.g.wolfe@usdoj.gov,
               jennifer.r.toth@usdoj.gov
```

```
District/off: 0752-1          User: dgomez              Page 3 of 3            Date Rcvd: Sep 30, 2015
                              Form ID: pdf006           Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Thomas E Springer    on behalf of Attorney Thomas E. Springer tspringer@springerbrown.com,
           jkrafcisin@springerbrown.com
          Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com,
           jkrafcisin@springerbrown.com
          Thomas E Springer    tspringer@springerbrown.com,
           tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com;IL85@ecfcbis.com;iprice@springerbrown.com

                                                                                           TOTAL: 12