# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: RODGERS, FRANK C. | § | Case No. 11-17851 |
| RODGERS, SANDRA JO | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $6,725,508.00
*(without deducting any secured claims)*

Assets Exempt: $39,508.00

Total Distribution to Claimants: $1,208.04

Claims Discharged
Without Payment: $285,098.64

Total Expenses of Administration: $4,222.88

3) Total gross receipts of $ 5,430.92 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,430.92 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $3,839,055.52 | $3,839,055.52 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,222.88 | 4,222.88 | 4,222.88 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,553.99 | 1,553.99 | 1,208.04 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 284,752.69 | 284,752.69 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $4,129,585.08 | $4,129,585.08 | $5,430.92 |

4)  This case was originally filed under Chapter 7 on April 27, 2011. The case was pending for 47 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/01/2016          By: /s/THOMAS E. SPRINGER, TRUSTEE
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| DIP account | 1229-000 | 5,430.83 |
| Interest Income | 1270-000 | 0.09 |
| **TOTAL GROSS RECEIPTS** | | **$5,430.92** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | First Federal Savings & Loan | 4110-000 | N/A | 447,617.61 | 447,617.61 | 0.00 |
| 3 | Internal Revenue Service | 4300-000 | N/A | 85,148.87 | 85,148.87 | 0.00 |
| 4 | M & I Bank | 4110-000 | N/A | 1,202,357.11 | 1,202,357.11 | 0.00 |
| 5 | M & I Bank | 4110-000 | N/A | 98,401.44 | 98,401.44 | 0.00 |
| 8S | Illinois Department of Revenue | 4800-000 | N/A | 57,835.40 | 57,835.40 | 0.00 |
| 9 | Lamperts Yards, Inc. | 4220-000 | N/A | 3,382.84 | 3,382.84 | 0.00 |
| 13 | Hubbard's Ethan Allen | 4210-000 | N/A | 7,284.65 | 7,284.65 | 0.00 |
| 18 | The Bank of New York Mellon Trust Company, NA | 4110-000 | N/A | 824,676.60 | 824,676.60 | 0.00 |
| 21 | STC Capital Bank | 4110-000 | N/A | 1,112,351.00 | 1,112,351.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$3,839,055.52** | **$3,839,055.52** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 1,293.09 | 1,293.09 | 1,293.09 |
| SPRINGER BROWN, LLC | 3110-000 | N/A | 2,295.50 | 2,295.50 | 2,295.50 |
| United States Trustee | 2950-000 | N/A | 325.00 | 325.00 | 325.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 15.25 | 15.25 | 15.25 |
| BANK OF AMERICA | 2600-000 | N/A | 6.34 | 6.34 | 6.34 |
| BANK OF AMERICA | 2600-000 | N/A | 5.93 | 5.93 | 5.93 |
| ASSOCIATED BANK | 2600-000 | N/A | 2.67 | 2.67 | 2.67 |
| ASSOCIATED BANK | 2600-000 | N/A | 3.07 | 3.07 | 3.07 |
| ASSOCIATED BANK | 2600-000 | N/A | 2.97 | 2.97 | 2.97 |
| ASSOCIATED BANK | 2600-000 | N/A | 3.06 | 3.06 | 3.06 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
|---|---|---|---|---|---|
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,222.88 | $4,222.88 | $4,222.88 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8P | Illinois Department of Revenue | 5800-000 | N/A | 1,553.99 | 1,553.99 | 1,208.04 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,553.99 | $1,553.99 | $1,208.04 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Department Stores National Bank/Macy's | 7100-000 | N/A | 629.48 | 629.48 | 0.00 |
| 6 | Vilas County Treasurer | 7100-000 | N/A | 110,226.71 | 110,226.71 | 0.00 |
| 7 | Janet L. Jones LTD, P.C. | 7100-000 | N/A | 6,093.95 | 6,093.95 | 0.00 |
| 8U | Illinois Department of Revenue | 7100-000 | N/A | 185.16 | 185.16 | 0.00 |
| 10 | ComEd | 7100-000 | N/A | 33,470.76 | 33,470.76 | 0.00 |
| 11 | Chase Bank USA, N.A. | 7100-000 | N/A | 25,407.93 | 25,407.93 | 0.00 |
| 12 | B-Line, LLC | 7100-000 | N/A | 5,242.26 | 5,242.26 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| 14 | American Express Centurion Bank | 7100-000 | N/A | | 5,461.20 | 5,461.20 | 0.00 |
| 15 | M & I Bank | 7100-000 | N/A | | 1,067.52 | 1,067.52 | 0.00 |
| 16 | ADT Security Services | 7100-000 | N/A | | 10,719.72 | 10,719.72 | 0.00 |
| 17 | ADT Security Services | 7100-000 | N/A | | 5,369.98 | 5,369.98 | 0.00 |
| 19 | Illinois Department of Revenue | 7100-000 | N/A | | 3,556.00 | 3,556.00 | 0.00 |
| 20 | Wis Public Service | 7100-000 | N/A | | 7,364.66 | 7,364.66 | 0.00 |
| 22 | Commonwealth Edison Company | 7100-000 | N/A | | 53,907.36 | 53,907.36 | 0.00 |
| 23 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | | 13,949.65 | 13,949.65 | 0.00 |
| 24 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | | N/A | 0.00 | 0.00 |
| 25 | Mueller & Co., LLP | 7100-000 | N/A | | 2,100.35 | 2,100.35 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | | $0.00 | $284,752.69 | $284,752.69 | $0.00 |

Exhibit 8

# Form 1

Page:  1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-17851 | **Trustee:**  (330640)   THOMAS E. SPRINGER, TRUSTEE |
| **Case Name:**  RODGERS, FRANK C. | **Filed (f) or Converted to (c):** 05/01/12 (c) |
| RODGERS, SANDRA JO | **§341(a) Meeting Date:**  07/02/12 |
| **Period Ending:** 04/01/16 | **Claims Bar Date:**  10/22/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Residence, Single Family Home<br>  39W612 Caribou Trail, St. Charles, IL 60175<br>Order abandoning property entered 8/21/12. | 650,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | Home<br>  5N214 Wilton Croft Rd.<br>St. Charles, IL 60175<br>Order abandoning property entered 7/3/12. | 885,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | Rental Property<br>  3545 Hwy 70 East<br>Eagle River, WI 54521 | 2,880,000.00 | 0.00 | | 0.00 | FA |
| 4 | Industrial Building/Development Property<br>  404 West Nebraska St.<br>Elburn, IL 60119 | 2,200,000.00 | 0.00 | | 0.00 | FA |
| 5 | Hangar #33<br>  1324 Adams Rd.<br>Eagle River, WI 54521 | 65,000.00 | 0.00 | | 0.00 | FA |
| 6 | Checking Account No. xxxxx8871<br>  Harris N.A.<br>P.O. Box 94033<br>Palatine, IL 60094-4033 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Miscellaneous Household Goods and Furnishings | 7,500.00 | 0.00 | | 0.00 | FA |
| 8 | Used Mac Computer | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Books, Art Objects, Collectibles and Pictures | 2,200.00 | 0.00 | | 0.00 | FA |
| 10 | Miscellaneous Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | Necklace and Rings | 1,300.00 | 0.00 | | 0.00 | FA |
| 12 | Fidelity Investments No. xxx-xx8909<br>  477 South Third Street<br>Suite 210<br>Geneva, IL 60134-4523 | 195.00 | 0.00 | | 0.00 | FA |
| 13 | Stifel Nicolaus Account No. xxxx xxxx 5769 | 13.00 | 0.00 | | 0.00 | FA |
| 14 | 2005 Chevrolet Suburban (133,000 miles) | 7,400.00 | 0.00 | | 0.00 | FA |
| 15 | 2004 Land Rover Discovery (133,000 miles) | 4,975.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 11-17851 | | Trustee: | (330640) | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | RODGERS, FRANK C. | | Filed (f) or Converted (c): | 05/01/12 (c) | |
| | RODGERS, SANDRA JO | | §341(a) Meeting Date: | 07/02/12 | |
| Period Ending: | 04/01/16 | | Claims Bar Date: | 10/22/12 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16 | 1999 Land Rover Range Rover (100,000 miles) | 4,825.00 | 0.00 | | 0.00 | FA |
| 17 | 1951 MG Disassembled | 0.00 | 0.00 | | 0.00 | FA |
| 18 | 2006 Triton Trailer | 500.00 | 0.00 | | 0.00 | FA |
| 19 | 1995 Aluminum Craft Boat | 1,500.00 | 0.00 | | 0.00 | FA |
| 20 | Murcury Motor | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Pen Yenn  Boat | 2,500.00 | 0.00 | | 0.00 | FA |
| 22 | Rhinelander Canoe | 3,000.00 | 0.00 | | 0.00 | FA |
| 23 | Mac Computer<br>  2 Desks<br>4 Drawer File Cabinet<br>HP Office Jet<br>Micro Cut Shredder<br>2 Drawer Metal File Cabinet<br>Supplies | 600.00 | 0.00 | | 0.00 | FA |
| 24 | 1932 Chevrolet (Mileage unknown)  (u)<br>   Asset listed on Amended Schedule B filed 2/17/12.<br>Trustee has determined that costs of sale will exceed<br>value of asset. | 7,500.00 | 5,000.00 | | 0.00 | FA |
| 25 | DIP account  (u) | 14,821.20 | 14,821.20 | | 5,430.83 | FA |
| 26 | Post-Petition Interest Deposits  (u) | Unknown | Unknown | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.09 | FA |
| 27 | **Assets    Totals  (Excluding unknown values)** | **$6,740,329.20** | **$19,821.20** | | **$5,430.92** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee and Debtors' attorney  agreed to reapayment of funds that were not turned over from the DIP account.  Debtors have defaulted on therir repayment schedule.

Order for Turnover entered and no resposne.  Trustee will proceed with collections.

Exhibit 8

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 11-17851 | | Trustee: | (330640) | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | RODGERS, FRANK C. | | Filed (f) or Converted (c): | 05/01/12 (c) | |
| | RODGERS, SANDRA JO | | §341(a) Meeting Date: | 07/02/12 | |
| Period Ending: | 04/01/16 | | Claims Bar Date: | 10/22/12 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):**   October 15, 2013         **Current Projected Date Of Final Report (TFR):**      September 1, 2015  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 11-17851 |
| **Case Name:** | RODGERS, FRANK C. |
| | RODGERS, SANDRA JO |
| **Taxpayer ID #:** | **-***3734 |
| **Period Ending:** | 04/01/16 |

| | |
|---|---|
| **Trustee:** | THOMAS E. SPRINGER, TRUSTEE (330640) |
| **Bank Name:** | BANK OF AMERICA |
| **Account:** | ********16 - MONEY MARKET |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 06/19/12 | {25} | HARRIS | DIP Account Balance | 1229-000 | 4,830.83 | | 4,830.83 |
| 06/29/12 | Int | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.01 | | 4,830.84 |
| 07/31/12 | Int | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,830.88 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 6.34 | 4,824.54 |
| 08/31/12 | Int | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 4,824.58 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 4,818.65 | 5.93 |
| 08/31/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 5.93 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 4,830.92 | 4,830.92 | $0.00 |
| Less: Bank Transfers | 0.00 | 4,818.65 | |
| **Subtotal** | 4,830.92 | 12.27 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$4,830.92** | **$12.27** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-17851 | **Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640) |
| **Case Name:** RODGERS, FRANK C. | **Bank Name:** ASSOCIATED BANK |
| RODGERS, SANDRA JO | **Account:** ********03 - CHECKING ACCOUNT |
| **Taxpayer ID #:** **-***3734 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 04/01/16 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 4,818.65 | | 4,818.65 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.67 | 4,815.98 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.07 | 4,812.91 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.97 | 4,809.94 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.06 | 4,806.88 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,796.88 |
| 02/26/13 | 100000 | INTERNATIONAL SURITIES, LTD. | | 2300-000 | | 5.12 | 4,791.76 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,781.76 |
| 03/08/13 | {25} | FRANK C. RODGERS | DIP balance owed | 1229-000 | 200.00 | | 4,981.76 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,971.76 |
| 05/03/13 | {25} | SANDRA J. RODGERS | Payment on DIP balance owed of state court counter claim pursuant to Court Order entered 11/15/12. | 1229-000 | 400.00 | | 5,371.76 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,361.76 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,351.76 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,341.76 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,331.76 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,321.76 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,311.76 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,301.76 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,291.76 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,281.76 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,271.76 |
| 02/11/14 | 100001 | INTERNATIONAL SURETIES, LTD. | Blanket Bond # 016026455 | 2300-000 | | 7.05 | 5,264.71 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,254.71 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,244.71 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,234.71 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,224.71 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,214.71 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,204.71 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,194.71 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,184.71 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,174.71 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,164.71 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,154.71 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,144.71 |
| 02/27/15 | 100002 | ARTHUR B. LEVINE COMPANY | Bond Payment | 2300-000 | | 3.08 | 5,141.63 |

Subtotals :          $5,418.65          $277.02

{} Asset reference(s)

Printed: 04/01/2016 10:11 AM    V.13.25

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-17851 |
| Case Name: | RODGERS, FRANK C. |
| | RODGERS, SANDRA JO |
| Taxpayer ID #: | **-***3734 |
| Period Ending: | 04/01/16 |

| | |
|---|---|
| Trustee: | THOMAS E. SPRINGER, TRUSTEE (330640) |
| Bank Name: | ASSOCIATED BANK |
| Account: | ********03 - CHECKING ACCOUNT |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,131.63 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,121.63 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 5,121.63 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 5,418.65 | 5,418.65 | $0.00 |
| Less: Bank Transfers | | 4,818.65 | 5,121.63 | |
| Subtotal | | 600.00 | 297.02 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $600.00 | $297.02 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 11-17851 |
| **Case Name:** | RODGERS, FRANK C. |
| | RODGERS, SANDRA JO |
| **Taxpayer ID #:** | **-***3734 |
| **Period Ending:** | 04/01/16 |

| | |
|---|---|
| **Trustee:** | THOMAS E. SPRINGER, TRUSTEE (330640) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****955766 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 5,121.63 | | 5,121.63 |
| 10/29/15 | 10101 | THOMAS E. SPRINGER, TRUSTEE | Dividend paid 100.00% on $1,293.09, Trustee Compensation;  Reference: | 2100-000 | | 1,293.09 | 3,828.54 |
| 10/29/15 | 10102 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $2,295.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,295.50 | 1,533.04 |
| 10/29/15 | 10103 | United States Trustee | Dividend paid 100.00% on $325.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 325.00 | 1,208.04 |
| 10/29/15 | 10104 | Illinois Department of Revenue | Dividend paid  77.73% on $1,553.99; Claim# 8P; Filed: $1,553.99; Reference: | 5800-000 | | 1,208.04 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 5,121.63 | 5,121.63 | $0.00 |
| Less: Bank Transfers | 5,121.63 | 0.00 | |
| **Subtotal** | 0.00 | 5,121.63 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $5,121.63 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ********16** | 4,830.92 | 12.27 | 0.00 |
| **Checking # ********03** | 600.00 | 297.02 | 0.00 |
| **Checking # ****955766** | 0.00 | 5,121.63 | 0.00 |
| | $5,430.92 | $5,430.92 | $0.00 |